# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1598
Lower Tribunal Nos. 1147755221, 23F-06525

_____

**A.B.,**
Appellant,

vs.

**Florida Department of Children and Families,**
Appellee.

An Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings.

A.B., in proper person.

Leslie Hinds, Chief Regional Legal Counsel, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See 7 C.F.R. § 273.9(b) (2023) (defining "income" to include supplemental security income (SSI) payments); 7 C.F.R. § 273.9(b)(2)(i) (2023) (providing SSI benefits must be included in determining eligibility for benefits under Supplemental Nutrition Assistance Program (SNAP)); 7 C.F.R. 273.10(e)(1)(i) (2023) (related to calculating net income and SNAP benefits); Florida Administrative Code Rule 65A-1.603 (establishing the standard utility allowances in determining income and expenses for SNAP benefits);  Department of Children and Families, Program Policy Manual, CFOP 165-22 (Economic Self-Sufficiency Services) passages 1810.0900, 1810.0904.01 (defining benefits under SNAP and further providing that "[b]enefits that are paid by SSA are considered unearned income").